UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODRIGO PURUGGANAN FARNACIO,<br><br>   Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>   Defendant. | No.  CV-13-291-WFN<br><br>JUDGMENT IN A CIVIL CASE |

## DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.    Judgment is entered for Defendant.

DATED: August 21, 2014

                                SEAN F. McAVOY
                                Clerk of Court

                                By:  *s/Cheryl Cambensy*
                                       Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**